Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
roger@crslaw.com

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 FEB 16  PM 4: 04

DISTRICT OF UTAH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:

SMITH, JOSHUA E.

Bankruptcy No. 05-36902 JTM

[Chapter 7]

--ooOoo--



## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

XX    A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), and/or

Attached is check # 107 payable to the United States Bankruptcy Court representing the unclaimed dividend described below.

_____    B    The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 103 | RC Willey Home Furnishings<br>PO Box 65320<br>SLC, UT 84165-0320 | $2.29 |
| | Check Total: | $2.29 |

The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: February __16__, 2011.

_____
Roger G. Segal, Trustee

F:\AMY P\RGS\1 TRUSTEE\1 Misc\Smith-DepositofUnclaimedFunds.wpd